MERCHANTS' NAT. BANK, Respondent, v. ROBERT B. MacLEA CO., Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by the Merchants' National Bank against the Robert B. MacLea Company. A. L. Davis, for appellant. H. L. Gray, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re MEYER. (Supreme Court, Appellate Division, First Department. March 26, 1909.) In the matter of Tilbert Meyer. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MICHELS, Respondent, v. E. & B. HOLMES MACHINERY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) Action by Herman J. Michels, an infant, by guardian ad litem, etc., against the E. & B. Holmes Machinery Company.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., and KRUSE, J., dissent.

MILLARD, Respondent, v. JOHN MARSELLUS MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 17, 1909.) Action by George F. Millard against the John Marsellus Manufacturing Company.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., dissents, upon the ground that the evidence fails to show that the negligence of the defendant was the proximate cause of the injury.

MILLER, Appellant, v. BUCHANAN et al., Respondents. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Isaac N. Miller against Marcella Buchanan, individually, etc., and others. J. E. Duross, for appellant. S. H. Sturat, for respondents. No opinion. Judgment modified, by allowing interest from March, 1900, and, as modified, affirmed, with costs to plaintiff. Settle order on notice.

MILLER, Appellant, v. GARDNER, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by John Miller against John M. Gardner. No opinion. Judgment affirmed, with costs.

MILLER, Appellant, v. SIMPSON, Respondent, et al. (Supreme Court, Appellate Division, First Department. March 5, 1909.) Action by Agnes S. Miller against Henry W. Simpson, impleaded with others. E. E. Wheeler, for appellant. H. W. Simpson, for respondent.
PER CURIAM. Judgment affirmed, with costs, on Bassford v. Johnson, 172 N. Y. 488, 65 N. E. 260. Order filed.
INGRAHAM, J., dissents.

MINISTERS, ELDERS AND DEACONS OF FIRST REFORMED PROTESTANT CHURCH OF NYACK, Appellants, v. VAN HOUTEN et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by the ministers, elders, and deacons of the First Reformed Protestant Church of Nyack against Erskine J. S. Van Houten and others. No opinion. Motion denied, with $10 costs.

In re MINTON'S WILL. (Supreme Court, Appellate Division, Second Department. March 19, 1909.) In the matter of the probate of the last will and testament of Ophelia Minton, deceased. No opinion. Decree of the Surrogate's Court of Kings county affirmed, with costs to the respondent and the special guardian, payable out of the estate.

MONTROSE v. LEVENSON. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by George H. Montrose against Michael Levenson. No opinion. Application denied, with $10 costs. Order signed.

MOORE, Respondent, v. GRANT et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by Hugh Moore against Eugene J. Grant and another. No opinion. Judgment and order unanimously affirmed, with costs.

MOORE v. LINDSAY. (Supreme Court, Appellate Division. First Department. February 26, 1909.) Action by George W. Moore against Theresa Lindsay. No opinion. Motion granted, with $10 costs. Order filed. See, also, 61 Misc. Rep. 176, 114 N. Y. Supp. 684.

MOORE, Appellant, v. TAYLOR, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 10, 1909.) Action by Thomas F. Moore against Chas. F. Taylor, as surviving partner, etc.
PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the facts and inferences reasonably deducible therefrom are sufficient to permit the jury to find that the plaintiff made an arrangement with Taylor and Dunfee whereby his trench machine was to be leased to them as Charles F. Taylor & Co., and that he was not to be a partner in the business of said firm, and that such arrangement was to be effective from June 10, 1900.
McLENNAN, P. J., and KRUSE, J., dissent.

MOREY, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 10, 1909.) Action by John W. Morey against the Lehigh Valley Railroad Company. No opinion. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $6,000, in which case the judgment and order, as modified, unanimously affirmed, without costs.

MORGAN, Respondent, v. LONG ISLAND R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March